

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TERRENCE R JAMISON,

                    *Plaintiff*,

-against-

NEW YORK STATE OFFICE OF MENTAL HEALTH
CENTRAL NEW YORK PSYCHIATRIC CENTER,

                    *Defendant*.

OCT 21 2011

**ORDER**

06-CV-0614

NPM/GHL

Defendant New York State Office of Mental Health, Central New York Psychiatric Center, having moved this Court by motion dated September 23, 2011, for an Order, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, dismissing the above-captioned action on the basis of Plaintiff's failure to prosecute the action; and the Plaintiff having failed to file any opposition papers to the motion or respond to the motion in any other manner, and the motion having regularly come on to be heard at a motion term of this Court,

NOW, therefore, on the motion of Eric T. Schneiderman, New York State Attorney General, counsel for the defendant (Kelly L. Munkwitz, of counsel), it is

ORDERED, that the defendant's motion be, and the same hereby is, in all respects granted; and if is further,

ORDERED, that the above-captioned action is dismissed.

October 21, 2011
Utica, New York

                                          Honorable David N. Hurd
                                          United States District Judge