# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TERRENCE R. JAMISON**

vs.  CASE NUMBER: 6:06-CV-0614

**NEW YORK STATE OFFICE OF
MENTAL HEALTH, CENTRAL
NEW YORK PSYCHIATRIC CENTER**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's motion to dismiss is GRANTED, and this action is DISMISSED

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 21st day of October, 2011.

DATED: October 21, 2011

*[signature]*
Clerk of Court

s/

Christine Mergenthaler
Deputy Clerk

entered and served
10/21/11